DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GARRY COLEMAN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D20-2085

[April 8, 2021]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; John Joseph Murphy, Judge; L.T. Case Nos. 08-04490-CF-10A, 08-23408-CF-10A, 08-23775-CF-10A, 09-00472-CF-10A, 09-03312-CF-10A, 09-03313-CF-10A, 09-03314-CF-10A and 11-13307-CF-10A.

Garry Coleman, Okeechobee, pro se.

Ashley Moody, Attorney General, Tallahassee, and Mitchell A. Egber, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, KUNTZ and ARTAU, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***